**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
120 NORTH HENRY STREET, ROOM 320
MADISON, WISCONSIN 53703

———

OFFICIAL BUSINESS

MILWAUKEE WI 530

12 JUL 2026 PM 8 L

quadient

FIRST-CLASS MAIL
IMI
$000.78 º
07/16/2026 ZIP 53703
043M31263465

US POSTAGE



Elijah Cole Misener

Return to Sender
No Longer At
~~~~~ Jail

NIXIE        530   DC 1          0008/03/26

RETURN  TO  SENDER
ATTEMPTED  -  NOT  KNOWN
UNABLE  TO  FORWARD

BC:  53703430499     *1825-06714-18-40



RETURN TO SENDER
NO LONGER AT
IOWA COUNTY JAIL

## U.S. District Court

## Western District of Wisconsin

### Notice of Electronic Filing

The following transaction was entered on 7/16/2026 at 12:50 PM CDT and filed on 7/16/2026

**Case Name:** Misener, Elijah v. Vandivier, Gary et al

**Case Number:** 3:25-cv-00383-wmc

**Filer:**

**Document Number:** 38(No document attached)

**Docket Text:**

**\*\* TEXT ONLY ORDER \*\***

**On June 4, 2026, the court dismissed the second amended complaint filed by pro se plaintiff Elijah Cole Misener with leave to file another amended complaint that complied with federal pleading rules no later than July 6, 2026. (Dkt. #[37].) Plaintiff was admonished that failure to comply as directed would result in dismissal of this case pursuant to Fed. R. Civ. P. 41(b). (Id.) Plaintiff has not filed an amended complaint as directed. Accordingly, this case is DISMISSED without prejudice under Fed. R. Civ. P. 41(b) for want of prosecution and failure to comply with court orders. Signed by District Judge William M. Conley on 7/16/2026.**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ELIJAH COLE MISENER,

    Plaintiff,

                                Case No.  25-cv-383-wmc

    v.

GARY VANDIVIER, MEGAN STONER,
TINA DIRING, TRACY ROBERTS,
JAN TETZLAFF, STEVEN COLBROOK,
RJ LURQUIN, JOSHUA KORB,
JOHNATHAN YOUNG, M. SMITH, and
WHITNEY ANDERSON,

    Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants against plaintiff dismissing this case without prejudice.


| s/ Deputy Clerk | 7/16/2026 |
|---|---|
| Joel Turner, Clerk of Court | Date |